# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA

## PRISONER COMPLAINT
## [FOR INMATE ACTION] UNDER 42 U.S.C. § 1983

Don Edward Riddle

Name under which you were convicted

B-288058

Your prison number

vs.

CIVIL ACTION NO. 21-343-JB-N
(To be supplied by Clerk of Court)

Ala; Dept of Corr; Ltms. Albritton, cc, Mr. Hale, cc, Mr. R. Stewart,
Name of Defendant(s) Capt. Ms Banks, Ex-warden Mary Cook, Capt Mr. Knight
Classifications Spec: Ms. Nelson, Classification Supt. Mr. Hoffman,

Fountain Correctional Facility, 3800 Fountain, Atmore, AL
Place of Confinement and Address                                             36503.

—cc/filed
Top half DEL.

## INSTRUCTIONS - READ CAREFULLY

A. <u>Complaint Form</u>. You must file your original complaint and a copy for each named Defendant. Your complaint must be <u>clearly</u> handwritten or typewritten. Do not use the back of a page. Your complaint must be signed by you; no notary is required. <u>Any false statement of material fact may serve as the basis for prosecution for perjury</u>.

B. <u>Proper Court</u>. Your complaint can only be brought in this Court if a defendant is located in the Southern District of Alabama and the rest of the defendants are located in Alabama or if your claim arose in this district. The Southern District of Alabama is comprised of the following counties: Baldwin, Clarke, Choctaw, Conecuh, Dallas, Escambia, Hale, Marengo, Mobile, Monroe, Perry, Washington, and Wilcox.

C. <u>Separate Case</u>. It is necessary to file a separate complaint form for each claim unless the claims are related to the same incident or issue.

D. <u>Defendants</u>. The persons who are listed as defendants in section III of the complaint are deemed by the Court to be the only defendants to this action. A defendant's present address must be provided. The Court is unable to serve process without the present address being furnished. The first defendant listed in section III should be the defendant that you list in the style of your case on your complaint form and motion to proceed without prepayment of fees and costs, if applicable, and any other pleading filed with the Court.

Rev. 8/1/15

E. Pleading the Complaint. Your complaint should not contain legal arguments, case law or statutory citations. You are required to provide facts. Your complaint shall be a short and plain statement of your claim and shall provide fair notice to each defendant of the claim against that defendant and of the factual grounds upon which the claim rests.

F. Fees. This complaint cannot be properly filed unless it is accompanied by the $400.00 filing fee, or a motion to proceed without prepayment of fees if you are unable to afford the filing fee and other costs associated with prosecuting this action. If IFP is granted the filing fee is $350.00.

If you are unable to pay the filing fee and service costs for this action, you may ask the Court to let you proceed without prepayment of fees and costs. A blank motion for this purpose is included.

If you wish to proceed without prepayment of fees and costs, you must complete and mail to the Clerk of Court a copy of the "Motion to Proceed Without Prepayment of Fees" mailed to you with this complaint. This motion will be returned to you without action unless you have an authorized officer at the jail or prison complete the financial statement mailed to you with this form.

Even if the Court authorizes you to proceed without prepayment of filing fees, you are obligated to pay the full $350.00. If you have the ability to pay a partial filing fee when your complaint is filed, you will be required to pay an amount, based on your assets, of up to the greater of 20 percent of your average monthly balance in your prison account or your average monthly balance for six months immediately preceding the filing of your complaint. Thereafter, your prison account will be garnished at the rate of 20 percent of your monthly income until the filing fee is paid.

G. Form of Pleadings. All pleadings and other papers filed must be on 8 1/2" x 11" paper, legibly handwritten or typewritten. Every document filed after the complaint must have the style of the case and the docket number. Every pleading must be signed by you and must contain your address and telephone number, if any; otherwise, the pleading will be stricken. See Fed. R. Civ. P. 11(a). No notary is required.

H. Certificate of Service. Each pleading filed after the complaint must contain a certificate of service indicating that the pleading has been served on the opposing parties and the date that it was sent. A pleading will be stricken if it does not contain this certificate of service. See Fed. R. Civ. P. 5.

I. Copies. This Court will not make copies of your complaint or pleadings unless you prepay the required per page copying fee.

J. Form of Pleadings. Do not write letters to the Court. All pleadings and documents should be sent to the Clerk of the Court, and not to a magistrate judge or a district judge.

K. No Evidence. No evidence shall be sent to the Court for filing or storing.


I. **PREVIOUS LAWSUITS.**

2

A. Have you filed any other lawsuits in state or federal court dealing with the same or similar facts involved in this action:

Yes ( )    No (✗)

B. Have you filed other lawsuits in state or federal court relating to your imprisonment:

Yes ( )    No (✗)

C. If your answer to questions A or B above is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using this same outline.)

"All Info. on Last fo rm"

1. Parties to this previous lawsuit:

Plaintiffs: _Dron E. Riddle_

Defendants: _A.D.O.V.C._

2. Court (if federal court, name the district; if state court, name the county): _meddle, Dist_

3. Docket Number: _____ ( I al CR955-cell) have not had my papers I/(2) wks Due

4. Were you granted the opportunity to proceed without payment of filing fees? Audio, etc

Yes ( ) No ( )

5. Name of judge to whom the case was assigned _( meddle =Dist )Reluctance Staff

6. If your case is no longer pending and has been dismissed, state the reason given by the Court as to why your case was dismissed, i.e., frivolous, malicious, failed to state a claim, defendants were immune, etc.

_Still pending_

7. Approximate date of filing lawsuit: _2016 - 18_

8. Approximate date of ruling by court: _Current matter_

3



## II. YOUR PRESENT COMPLAINT.

A. Place or institution where action complained of occurred: Red Eagle Honor Farm

B. Date it occurred: 2016

C. Is there a prisoner grievance procedure in this institution? NO

D. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
   Yes ( )      No (X)   Don't have one

E. If your answer is YES:

   1. What steps did you take? N/A —

   2. What was the result? N/A —

F. If your answer is NO, explain why not: They Don't have a Grievance process In this state

G. Your claim (briefly explain your claim: what, when, where, who; do not cite cases; you may, without leave of Court, add up to five (5) additional pages if necessary):

Please Note → ① Once Again. my Claim Is the Same (Mental Incident) Claim THE other Information that I Enclosed was only facts that lead me to file the first (Same) Claim... Hereon you were Already Informed

Please ② To once again: I Did Put my Actual Claim Underlgned-ecl.), As Actual Incident And pointed to → (as such).. Please RESCREEN.

Please Note → ③ I HAVE Also Enclose (4) Additional UnAttach (Claim) pages as to my Claim or motion to Amend OR Amended complaint. . .

4

cc/file Def
Symbol → ◯ = Please note !.!!   [ unAttach of my Claim ARE Enclosed ]   cc/file

## III. PARTIES.

A. Plaintiff (Your name/AIS): Dion Edward Riddle B-288058.

Your present address: Fountain Correctional Facility. 800 Fountain, Atmore, AL 36502,

B. Defendant(s):

1. Defendant (full name) Co. Mr. Hall is employed as Corr, officer at Loxley

His/her present address is Loxley work Center.

(a) Claim against this defendant: that he Throw me Around Useing Excess force

(b) Supporting facts (Include date/location of incident):

That I was called to the Shift office IN:RE to A 403 rule Violation After Already Being hand pushed By Co. Stewart, was tost to And frow, Causing me to Lose my tooth Sept 20, 20 (med file) -Reflect-

2. Defendant (full name) Lt. K. Albritton is employed as A Lt. / Lt.

at Loxley work Center.

His/her present address is Loxley work center.

(a) Claim against this defendant: That She Just looked upon as I was being tost to And frow causing me to Lose my Tooth.

(b) Supporting facts (Include date/location of incident):

(threat) As I OR After I was hand pushed by the Co. Stewart, And I punched him. I was order by Co-Hall to put my hands Behind my BACK, heaefer I Replyed without threat OR Alarm, He began then to start slaming me Around In THE Shift office causing me to lose my tooth, She Just Look-on without Stopping. (Lost Tooth med file/RE floor)

3. Defendant (full name) Mr. R. Stewart is employed as Corr, officer.

at Loxley work Center.

His/her present address is Loxley work Center.

5

CC/DJK
DER

(a) Claim against this defendant: hand pushed me that caused And Prouce# thes (started)matter

(b) Supporting facts (Include date/location of incident):

I was hand-pushed By MR, R,Stewart (3)three times even when I was I complience with his order, was to fae me to "walk Back to the shift office" Jaluhjall I Did without threat or Alarm. causing me to Less my Tooth Attention that If he had not touch me, thut there would be no Current Matter. he started this Tul vuem med/sue retie

C. Additional Defendants: (If there are additional defendants, you may list them on separate pages using the same outline above). MS,Cpt, BANKS Is thus Additional please note 3.0 > Defendant. Info on unattached page AS "CApt MS. BANKS And Others.

IV. A. You must answer the following questions:

1. State the conviction(s) for which you are presently incarcerated: 3rd degree Robbery Armed .

2. When were you convicted? 2013

3. What is the term of your sentence? 16 yRs.

4. When did you start serving this sentence? 2013 updated in 2014

5. Do you have any other convictions which form the basis of a future sentence?
   Yes ( )     No (X)

If so, complete the following:

(a) Date of conviction: —NA—

(b) Term of sentence: —NA—

6. What is your expected end of sentence (E.O.S.) date? 2031

B. If this present lawsuit concerns your criminal conviction or sentence, state whether your conviction has been: NA—

|  | Conviction | Sentence |
|---|---|---|
| Reversed | yes( ) no( ) NA | yes( ) no( ) NA— |
| Expunged | yes( ) no( ) NA— | yes( ) no( ) NA— |
| Invalidated | yes( ) no( ) NA— | yes( ) no( ) NA— |

6

Writ of habeas  yes( ) no( ) ~N/A~   yes( ) no( ) ~N/A~
corpus granted

C. If you answered yes to any of the questions, state the Court or entity that relieved you from your conviction or sentence and the date: _N/A_

V. State briefly exactly what you want the Court to do for you if you win (make no legal argument, cite no cases or statutes):

to Seek 10,000 (ten thousand) dollars from each, that updated, had, Ca Celled or caused harm through Retaliation, use of excess force, and violated any or all federal, state, or local laws And o.r.c. Policies, Al. Ala. Code, Acts of Anyon or Po's

VI. **AFFIRMATION.** By my signature below, I swear or affirm under penalty of perjury that the facts set out in this complaint are true and correct.

12-24-21
Date

_(signature)_ AIS# B-0555?
(Signature of Plaintiff Under Penalty of Perjury)
fountain Corr: facility
3800 fountain
_____
Current Mailing Address

Atmore, AL 36503 CR 2
_____

_____
Telephone Number

PLAINTIFF SHALL IMMEDIATELY ADVISE THE COURT IN WRITING OF ANY CHANGE IN HIS ADDRESS, E.G., RELEASED, TRANSFERRED, MOVED, ETC. FAILURE TO NOTIFY THE COURT OF A NEW ADDRESS WILL RESULT IN THE DISMISSAL OF THIS ACTION FOR FAILURE TO PROSECUTE AND TO OBEY THE COURT'S ORDER.

cc/file
Def

NOTE__ Please find enclosed & unAttached the following:
1. 4 pg of my Claim etc.
2. 1 pg of Additional Defenants underlined @ capt ms. Banks
3. my witness to the Above styled matter.

Dion Riddle #288058
Fountain Corr's facility
3800 fountain
Atmore, AL 36505

This Correspondence is forwarded from an Alabama
not been evaluated
of Corrections is not
or content of the

MOBILE AL 366

27 DEC 2021 PM 2 L

US POSTAGE PITNEY

ZIP 36502
02 7H
0006027108
$ 000.9
DEC 27

TO: U.S. Dist. Ct. Southern Dist of A.
Attn: Clerk of the court
155 St. Joseph Street
Mobile, AL 36602

LEGAL Sat 12-256502-391455