IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DION EDWARD RIDDLE, ) | |
| AIS # 288058, ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:21-00343-JB-N |
| ) | |
| ALABAMA DEPARTMENT ) | |
| OF CORRECTIONS, *et al.*, ) | |
|    Defendants. ) | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge (Doc. 34) made under 28 U.S.C. § 636(b)(1)(B)–(C), Federal Rule of Civil Procedure 72(b), and S.D. Ala. GenLR 72(a)(2)(S), and dated February 9, 2023, is **ADOPTED** as the opinion of this Court.

Accordingly, Plaintiff Dion E. Riddle's motion for voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(2) is **GRANTED**, and it is **ORDERED** that Riddle's amended complaint (Doc. 12) be **DISMISSED without prejudice**. Final judgment shall issue separately in accordance with this order and Fed. R. Civ. P. 58.

**DONE and ORDERED** this 13th day of March, 2023.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE